# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| AUDREY P. CROSBY,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. C08-5250RJB<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) the matter is therefore REMANDED to the administration for further consideration; and

(3) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 21st day of January, 2009.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge