# United States District Court

WESTERN DISTRICT OF WASHINGTON

Audrey P. Crosby

v.

Michael J. Astrue

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5250RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. That the Plaintiff is hereby awarded EAJA fees of $1,780.36, payable to Plaintiff's attorney Amy M. Gilbrough and

2. Plaintiff is hereby awarded EAJA fees of $3,906.41, and expenses of $56.92 pursuant to 28 U.S.C. §2412 and costs of $23.55 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Elie Halpern.

March 9, 2009        BRUCE RIFKIN
Clerk

Jennie L. Patton
Deputy Clerk